**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CML-AZ BLUE RIDGE, LLC, a Florida limited liability company,<br><br>    Plaintiff<br><br>v.<br><br>STERLING PLAZA WEST, LLC, an Arizona limited liability company, et al.,<br><br>    Defendants/Third-Party Plaintiffs.<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Third-Party Defendant. | No. CV-11-1122-PHX-FJM<br><br>**ORDER** |

The court has before it defendant/third party plaintiff Sterling Plaza West LLC's ("Sterling Plaza") "Motion To Modify Briefing Schedule Re: FDIC's Motion To Strike Or Sever Third Party Complaint" (doc. 15). Third party defendant FDIC removed this action on June 3, 2011. On June 13, 2011, third party defendant FDIC moved to strike or sever Sterling Plaza's third party complaint against defendant FDIC (doc. 6). On June 27, 2011, Sterling Plaza moved to remand this action (doc. 14). Sterling Plaza requests that we postpone briefing on defendant FDIC's motion to strike until after we resolve Sterling Plaza's motion to remand.

1    There is not good cause to modify the briefing schedule. Sterling Plaza's motion to
2 remand may not be fully briefed for almost a month. The court will then need time to review
3 and rule on the motion. If we deny the motion to remand, the parties will then be entitled to
4 several more weeks to complete briefing on the motion to strike/sever, resulting in a potential
5 delay of several months in resolving the motion. In the event that we grant the motion to
6 remand, we do not believe that the timely briefing of the motion to strike/sever will entail
7 significant duplicative work. Sterling Plaza notes that the parties completed briefing on
8 plaintiff CML's motion to strike in the Superior Court of Arizona in Maricopa County.
9 Sterling Plaza argues that different standards would govern the motion in this court. While
10 this may be true, certainly much of the substance of Sterling Plaza's response here would be
11 similar to its state court briefing. Any limited additional research required does not justify
12 the lengthy delay that Sterling Plaza requests.
13    Therefore, **IT IS ORDERED DENYING** defendant/third party plaintiff's motion to
14 modify the briefing schedule (doc. 15).
15    DATED this 28th day of June, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge